**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DANIEL WARREN, | : | No. 31 MAP 2018 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 306 MD |
| | : | 2018 dated May 1, 2018, exited May |
| v. | : | 2, 2018 |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| ATTORNEY GENERAL, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                    **DECIDED:  February 20, 2019**

AND NOW, this 20th day of February, 2019, the order of the Commonwealth Court is **AFFIRMED**.  Appellant's ancillary request for relief, filed on November 27, 2018, is **DENIED** as moot.